Dwight PULLEY, Plaintiff–Appellant

v.

## UNITEDHEALTH GROUP INCORPORATED, Defendant–Appellee.

### No. 13–2118.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 23, 2013.

Filed: Dec. 30, 2013.

Dwight Pulley, Sweethome, AR, pro se.

Gary D. Marts, Jr. Wright & Lindsey Little Rock, AR, Kyle Anne Petersen, Joseph S. Turner, Seyfarth & Shaw, Chicago, IL, for Defendant–Appellee.

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Dwight Pulley appeals the district court's [1] adverse grant of summary judgment in his employment discrimination action.[2] We find no valid basis—and Pulley offers none—for overturning the district court's well-reasoned decision. The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

2. We decline to consider the claims Pulley has waived on appeal, see *Marksmeier v. Davie,* 622 F.3d 896, 902 n. 4 (8th Cir.2010), as well

as the allegations, claims, and exhibits he offers for the first time on appeal, *see Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004) (new allegations and claims); *Griffin v. Super Valu,* 218 F.3d 869, 871 (8th Cir.2000) (new documents).